Case 3:21-cr-00110-DPJ-LGI   Document 3   Filed 09/21/21   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:21CR110-DPJ-LGI

WILLIAM MATTHEW WISHORK                         18 U.S.C. § 113(a)(3)
                                                18 U.S.C. § 924(c)(l)(A)(iii)

**The Grand Jury charges:**

COUNT 1

That on or about June 6, 2021, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **WILLIAM MATTHEW WISHORK**, a Choctaw Indian, did assault V.M. with a dangerous weapon, to wit: a firearm, by discharging said firearm in the direction of V.M.'s body, and did so with the intent to do bodily harm to V.M.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

COUNT 2

That on or about June 6, 2021, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservation in the Indian Country, the defendant, **WILLIAM MATTHEW WISHORK**, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: assault with a dangerous weapon, in violation of Title 18, United States Code, Section 113(a)(3) knowingly used, carried, brandished, and discharged a firearm, and in furtherance of such crime knowingly possessed, brandished, and discharged said firearm to wit: a handgun .

In violation of Title 18, United States Code, Section 924(c)(l)(A)(iii).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of conduct alleged in Counts 1 and 2 of this Indictment, upon conviction the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in Count 2 of this Indictment:

1. **Glock, Model 22, .40 caliber handgun Serial Number ABNB298; and**
2. **Any ammunition.**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(l) and Title 18, United States Code, Section 2461(c).

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

DARREN J. LAMARCA
Acting United States Attorney

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 21st of September 2021.

UNITED STATES MAGISTRATE JUDGE